**UNITED STATES of America, Plaintiff–Appellee**

v.

**Jose GUTIERREZ–COLINDRES, also known as Mario Colindres–Diaz, Defendant–Appellant.**

**No. 09–40445 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 15, 2009.

---

review of the record, counsel's brief, and Gutierrez–Colindres's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Jose Gutierrez–Colindres, Karnes City, TX, pro se.

Before KING, JOLLY, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Gutierrez–Colindres has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gutierrez–Colindres has filed a response. Our independent

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.